## PARKER · STANBURY LLP
### ATTORNEYS AT LAW

444 SOUTH FLOWER STREET
NINETEENTH FLOOR
LOS ANGELES, CA 90071-2901
TELEPHONE (213) 622-5124
FAX (213) 622-4858
E-MAIL: lq@parkstan.com

MANAGING PARTNER
ROBERT W. LoPRESTI

THOMAS L. WADDELL
DOUGLASS H. MORI
JOHN D. BARRETT, JR.*
ROBERT W. LoPRESTI*
RONALD L. SMITH
GRAHAM J. BALDWIN
TIMOTHY D. LUCAS*
RICHARD M. DEGRAVE*
DOUGLAS M. JONES*
J. LUIS GARCIA
MICHAEL E. McCABE
GERARD F. GARCIA BARRON
NICOLE T. LIEBAN
GINGER M. MELI
MARY ANNE FORAN
PAUL W. NASO
MICHAEL J. DANIELS
KARL P. SCHLECHT
DAVID M. KRITZER
LORETTA CIPOLLA
MATTHEW T. SALABEN
CATHERINE LIA
LAURA G. SIMPSON
CHRISTOPHER M. MOEN

JAMES L. WOLFSEN
MATTHEW D. DAVIS
ROBERT C. BLOOM
REYNALDO C. SANTOS
JOSEPH A. RAMOS
ABEL ORTIZ
MOJDEH ZAMANI
CASEY H. POPE
PIP N. SMITS
SUSAN A. GILBERT
CHERYL O. KEILY
PETER M. HART
JOYCE D. KIM
LUIS MORENO
LEIGH EMSHOFF
THOMAS P. McGRATH
DAVID E. COWAN
PAYAM TAVAKOLI
RICHARD S. BURRIS
JASON N. MEISLER
JOHN PAUL LIN
MICHAEL D. ROUNTREE
LYDIA M. LIM
ALAN G. SEIMS

CLAUDIA M. PALENCIA
RONALD D. WILLIAMSON
DIANE M. DOESSERICH
DAWN M. CRAIG
ROSE EUSTACHIO
YVONNE E. MARTINEZ
ROLAND MIRANDA
GEORGE A. HUNLOCK
COURTNEY N. GLAZA
CHRISTOPHER R. KELLEY
CHRIS D. GREINKE
ALEX L. SHIA
SIAMAK PISHVAEE
BARRIE M. ROBINSON
ROGER BARRETT JAMES
B. PETER LEE
ALIK SEGAL
HAL M. MARZELL
RICHARD G. ADAMS
TAMARA A. HAGGSTROM
MARCUS BASTIDA
ANTHONY W. JANSING
EDWARD C. JACOBS, II
MARK E. STENSON

RANDAL SCOTT OAKLEY
THERESA J. CARROLL
ROSEMARIE MERRILL
ERIC M. WILLENS
JEFFREY A. FISHKIN
ANNIE HUANG
LYNDA J. WESTLUND
DAVID C. LANE
TAMARA R. DENNIS
DONALD G. FURNESS
DIANE M. JURDI
MICHAEL COMPTON
ADRIENNE M. MEAD
JOHN MARTIN LATHROP
NANCY A. BARRAGAN
OLGA V. KALININ
KELLY MICHAELS
KRISTIN L. CONNOR
VICTORIA G. NORWICH
MARY Y. ASSAD

*MEMBER OF AMERICAN BOARD OF TRIAL ADVOCATES

RAYMOND F. PARKER (1891-1976)
HARRY D. PARKER (1891-1978)
RAYMOND G. STANBURY (1904-1966)

ORANGE COUNTY
200 WEST SANTA ANA BOULEVARD
SANTA ANA, CA 92701-7502
(714) 547-7103
FAX (714) 547-3428

SAN BERNARDINO
306 WEST SECOND STREET
SAN BERNARDINO 92401-1805
(909) 884-1256
FAX (909) 888-7876

SAN DIEGO
3131 CAMINO DEL RIO NORTH
SAN DIEGO 92108-5708
(619) 528-1259
FAX (619) 528-1419

SACRAMENTO
777 CAMPUS COMMONS ROAD
SACRAMENTO 95825-8309
(916) 565-7651
FAX (916) 929-0448

PHOENIX
2929 N. CENTRAL AVENUE
ARIZONA 85012-2909
(602) 265-6424
FAX (602) 274-1275

June 20, 2003

SENT VIA CERTIFIED MAIL
(Article # 7002 0510 0000 7034 5239)

Gloria Ramirez
3182 Rocky Mountain Drive
San Jose, California 95127

Re:   Wireless Paging Network
      Our File No.: 1027160

Dear Ms. Ramirez:

This letter involves collection of a debt. Any information gathered shall be used for collection purposes.

Please be advised that our offices have consulted with Antolin Villegas of Wireless Paging Network regarding your outstanding debt in the amount of $300.00.

Mr. Villegas informed us that this debt arises from the sale of merchandise for which check #128, in the amount of $300.00 was tendered by you, and which your bank returned unpaid. Mr. Villegas has further informed us that as of the date of this correspondence, you have failed and/or refused to remit payment for this past due debt. Accordingly, demand is hereby made that you remit full payment in the amount of $300.00.

The check was not paid because there were insufficient funds, and the payee demands payment. You may have a good faith dispute to whether you owe the full amount. Under *Civil Code Section 1719*, if you do not have a good faith dispute with the payee and do not pay the full amount of the check passed, and the service charge in an amount not to exceed $25.00 for the first check passed on insufficient funds and the cost to mail this notice within thirty (30) days after this notice is

N:\_wpd_\clt\NabVillegas-coll-dmd(Antolin)1027160.doc\clf

Gloria Ramirez
June 20, 2003
Page 2

mailed, you could be sued and held responsible to pay at least $100.00 or as high as three times the amount of the check up to $1,500.00. If you stopped payment because you have a good faith dispute, please contact Mr. Villegas to resolve the matter.

Unless you dispute the validity of this debt or any portion thereof within thirty (30) days, the debt will be assumed valid. Please notify Antolin Villegas of Wireless Paging Network in writing if you so dispute this debt. Otherwise, please forward certified funds in the sum of $300.00 to Wireless Paging Network c/o Antolin Villegas at 1450 Cliffwood Drive, San Jose, California 95122-2030.

Your anticipated cooperation is appreciated. You have our permission to contact Mr. Villegas at (408) 315-0808.

Very truly yours,

PARKER, STANBURY LLP

By _____
NANCY A. BARRAGAN

NAB:clf

cc: Wireless Paging Network

N:\_wpd_\clf\NabVillegas-coll-dmd(Antolin)1027160.doc\clf