# PARKER · STANBURY LLP

### ATTORNEYS AT LAW

444 SOUTH FLOWER STREET
NINETEENTH FLOOR
LOS ANGELES, CA 90071-2901

TELEPHONE: (213) 622-5124

FAX (213) 622-4950

E-MAIL: b@parkstan.com

MANAGING PARTNER
ROBERT W. LoPRESTI

August 7, 2003

THOMAS L. WADDELL
DOUGLASS H. MORI
JOHN D. BARRETT, JR.*
ROBERT M. LoPRESTI*
RONALD L. SMITH
GRAHAM L. PARKES
TIMOTHY D. LUCAS*
DOUGLASS L. JAMES*
RICHARD A. JONES*
J. LUIS MENDEZ-ROBINSON
MICHAEL E. McCABE
GERARD L. GARCIA BARRON
NICOLE A. MIAN
SINGER M. MELI
ANITA A. VOGEL
MARY ANNE FORAN
PAUL W. VAGO
MICHAEL J. DANIELS
KARL R. SCHLECHT
DAVID M. HELBRAUN
LORETTA CIPOLLA
MATTHEW T. SALAZAR
CATHERINE LIA

*MEMBER OF AMERICAN BOARD OF TRIAL ADVOCATES

LAURA G. GREHNING
CHRISTOPHER M. MGEN
JAMES L. WOLFSEN
MATTHEW W. DAVIS
ROBERT C. BLOOM
MICHAEL DE LOS SANTOS
JOSEPH V. RAMOS
SARAH ANN ROBINSON
CASEY M. POPE
SANJAY WAGLE
PETER M. MORI
SUSAN A. GILBERT
CHRISTOPHER J. KELLY
PETER M. HART
LUIS MORENO
JOYCE D. KIM
LESLIE EMERY
DAVID GOWAN
THOMAS P. McGRATH
TAYAM TAWARDI
RICHARD S. BURRIS

RAYMOND F. KILLION, (OF COUNSEL)

HARRY D. PARKER (1891-1976)
RAYMOND G. STANBURY (1904-1966)

JASON N. MEISLER
JOHN PAULLIN
MICHAEL D. ROUNTREE
LYDIA M. JIM
ALAN G. SEIMS
CLAUDIA M. PALENCIA
RONALD D. WILLIAMSON
DIANE M. DOSSEGERICH
DAWN M. CRAIG
ROSE EUSTACHIO
YVONNE E. MARTINEZ
ROLAND MIRANDA
GEORGE HELMCLOCK
COURTNEY R. GLACA
CHRISTOPHER R. KELLY
CHRIS D. GREHNIC
ALEX L. SHIYA
SHAWN FANNYAEE
BARRIE M. ROBINSON
ROGER BARRETT JANES
B. PETER LEE
ALUK SEGAL
MAL M. MARZELL

LORRIE A. ROHAN
RICHARD A. ADAMS
TAMARA A. HAGGSTROM
MARCUS BASTIDA
ANTHONY W. JANSING
EDWARD C. JACOBELLI
MARK E. STENSON
RANDALL SCOTT OAKLEY
THERESA J. CARROLL
ROSEMARIE MERRILL
ERIC M. WILLENS
JEFFREY A. FISHKIN
ANNE M. HUANG
LYNDA J. WESTLUND
DAVID C. LANE
TAMARA R. DENNIS
JOHN B. ROGERS
DONALD G. FURNESS
DIANE M. GRAY
MICHAEL COMPTON
ADRIENNE M. MEAD
JOHN MARTIN LATHROP
AL LUSTGARTEN

<u>SENT VIA CERTIFIED MAIL — RETURN RECEIPT</u>
ARTICLE NUMBER: 7002 9510 0090 7034 4492

Gloria Ramirez
3182 Rocky Mountain Drive
San Jose, California 95127

Re:  Antolin Villegas
     Wireless Paging Network
     Our File No. : 1027160

Dear Ms. Ramirez:

Pursuant to your letter dated July 10, 2003 requesting information validating your debt to Wireless Paging Network, please find enclosed the receipt for merchandise purchased by you, as well as your check #128 for $300.00 which was not paid by you. As previously stated, the check was not paid because there were insufficient funds, or you stopped payment, and the payee demands payment. Under *Civil Code Section 1719*, if you do not have a good faith dispute with the payee and do not pay the full amount of the check passed, and the service charge in an amount not to exceed $25.00 for the first check passed on insufficient funds and the cost to mail this notice within thirty (30) days after this notice is mailed, you could be sued and held responsible to pay at least $100.00 or as high as three times the amount of the check up to $1,500.00.

Please provide payment to Antolin Villegas at Wireless Paging Network in the amount of $300.00 by way of cashier's check or money order within thirty (30) days of the date of this letter. If you fail to pay the amount owed by you within that time period, appropriate legal action will commence.

All further communication with regard to this matter should be directed to the attention of Antolin Villegas at Wireless Paging Network at 2010-B Story Road, San Jose, California 95122.

Very truly yours,

PARKER · STANBURY LLP

By _____
   NANCY A. BARRAGAN

NAB:jcp
cc: Antolin Villegas
Enclosures

ORANGE COUNTY
200 WEST SANTA ANA BOULEVARD
SANTA ANA 92701-7502
(714) 547-7028
FAX (714) 547-3428

SAN BERNARDINO
305 WEST SECOND STREET
SAN BERNARDINO 92401-1805
(909) 884-1286
FAX (909) 885-7876

SAN DIEGO
3131 CAMINO DEL RIO NORTH
SAN DIEGO 92108-5726
(619) 528-1259
FAX (619) 528-1419

SACRAMENTO
777 CAMPUS COMMONS ROAD
SACRAMENTO 95825-8309
(916) 929-0448
FAX (916) 929-0448

PHOENIX
2929 N. CENTRAL AVENUE
ARIZONA 85012-2903
(602) 265-6424
FAX (602) 274-1275

N:\.Wpd_Ucp4\ATTORNEYSBARRAGAN-NABVillegas-L2\Antolin\1027160.Doc\jcp