**HAL M. MARZELL ESQ. (STATE BAR NO. 101050)**
**PARKER • STANBURY LLP**
**444 South Flower Street, 19th Floor**
**Los Angeles, California  90017-3101**
**(213) 622-5124 / (213) 622-4858 FAX**

Attorneys for Defendant
PARKER STANBURY, LLP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| **GLORIA RAMIREZ, individually and on behalf of the general public,**<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**PARKER STANBURY LLP,**<br><br>    **Defendant.** | **CASE NO.: C04 01371 PVT**<br><br>**STATUTORY OFFER OF JUDGMENT (Federal Rules of Civil Procedure, 68)** |

    To Plaintiff, GLORIA RAMIREZ (individually and "on behalf of the general public) AND TO MEMBERS ATTORNEYS OF RECORD:

    Defendant, PARKER STANBURY LLP (pursuant to Federal Rules of Civil Procedure, 68 and of avoiding further expense or delay) shall pay the sum of Four Thousand Two Hundred Seventy Dollars ($4,270.00) in exchange for a release of claims by plaintiff and a dismissal of the entire action (with prejudice) or (at plaintiff's option entry of a judgment against defendant concluding all aspects of the action without injunctive relief or other orders prayed for in the complaint.

    Said sum shall be the full relief to plaintiff individually and/or in her claimed quasi representative capacity and shall be the total amount that defendant shall be obligated to

---

Case5:04-cv-01371-PVT   Document5   Filed05/10/04   Page2 of 3

pay on account of any alleged liability claimed in the action, and said sum includes any liability for costs, interest and attorneys fees.

This offer shall remain <u>open for ten (10) days</u> from the date of service (plus any extension provided by law for service by mail).  If not accepted, the offer shall be deemed withdrawn, after which Plaintiff may not recover her own costs and plaintiff shall pay defendant's costs from the date of this offer.

DATED:  May 7, 2004              PARKER STANBURY LLP

                                 BY
                                 _____
                                 HAL M. MARZELL
                                 Attorney for Defendant
                                 PARKER STANBURY LLP

---

**STATUTORY OFFER OF JUDGMENT (Federal Rules of Civil Procedure, 68)**
2

S:\OfferParkerStanbury.doc

**PROOF OF SERVICE - 1013a, 2015.5 C.C.P**

STATE OF CALIFORNIA        ]
                           ]SS.
COUNTY OF LOS ANGELES  ]

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is Parker • Stanbury LLP, 611 West Sixth Street, Thirty-Third Floor, Los Angeles, California, 90017.

      On May 7, 2004, I served the foregoing document described as **STATUTORY OFFER OF JUDGMENT (Federal Rules of Civil Procedure, 68)** the interested parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**T. Lee Kissman (CLS #14115)**
**Scott Maurer (CSB #180830)**
**EAST SAN JOSE COMMUNITY LAW CENTER**
**1030 The Alameda**
**San Jose, CA  95126**

      I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on May 7, 2004, at Los Angeles, California.

                                          **LINNIE BURNAM**

---

**STATUTORY OFFER OF JUDGMENT (Federal Rules of Civil Procedure, 68)**
3

S:\OfferParkerStanbury.doc