1  Scott Maurer (CSB #180830)
   ALEXANDER COMMUNITY LAW CENTER
2  1030 The Alameda
   San José, CA 95126
3  Phone: (408) 288-7030
   Fax:    (408) 288-3581
4

5
   Attorneys for Plaintiff Gloria Ramirez individually and on behalf of the general public.
6
                         UNITED STATES DISTRICT COURT
7
                         NORTHERN DISTRICT OF CALIFORNIA
8                                (SAN JOSE DIVISION)

9

10

11 GLORIA RAMIREZ, individually and on   )   Case No.:  04-cv-01371-PVT
                                         )
   behalf of the general public,         )   **STIPULATION OF DISMISSAL**
12                                       )
             Plaintiff                   )
13                                       )
        vs.                              )
14                                       )
   PARKER STANBURY LLP,                  )
15                                       )
             Defendant,                  )
16                                       )

17
   IT IS HEREBY STIPULATED by and between the parties to this action through their designated
18
   counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to
19
   FRCP 41(a)(1).
20

21

22 Dated: __May 28, 2004____            __Scott Maurer /s/_____
                                         Scott Maurer, Attorney for Plaintiff
23

24
   Dated: __May 27, 2004_____          __Hal Marzell /s/_____
25                                       Hal Marzell, Attorney for Defendant

-1-

Scott Maurer (CSB #180830)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San Jose, CA 95126
Phone: (408) 288-7030
Fax: (408) 288-3581

Attorneys for plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA RAMIREZ, individually and on behalf of the general public,<br><br>　　　　Plaintiff<br><br>　vs.<br><br>PARKER STANBURY LLP,<br><br>　　　　Defendant, | Case No.: 04-cv-01371-PVT<br><br>**ATTESTATION TO SIGNATORIES' CONSENT**<br><br>**STIPULATION OF DISMISSAL** |

　　I hereby attest that all signatories to this electronically filed Stipulation to Dismissal have consented to dismissal of this case.

Dated: May 28, 2004　　　　　　　　　　Scott Maurer /s/
　　　　　　　　　　　　　　　　　　　　**Scott Maurer,**
　　　　　　　　　　　　　　　　　　　　**Attorney for plaintiff**

-2-